# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 15-1322** | **September Term, 2023** |
| | **FCC-15-71** |
| | **Filed On: October 24, 2023** [2023507] |

United States Telecom Association,

      Petitioner

      v.

Federal Communications Commission and
United States of America,

      Respondents

------------------------------

Media Action Grassroots Network and New America Foundation's Open Technology Institute,

      Intervenors

## **O R D E R**

Upon consideration of the motion for leave to file status report out of time, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged status report.

                                                   **FOR THE COURT:**
                                                   Mark J. Langer, Clerk

                                  BY:    /s/
                                                   Louis Karl Fisher
                                                  Deputy Clerk