IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES TELECOM ASSOCIATION,<br><br>*Petitioner*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA,<br><br>*Respondents*. | No. 15-1322 |

**UNOPPOSED MOTION OF PETITIONER USTELECOM FOR VOLUNTARY DISMISSAL OF PETITION FOR REVIEW**

Pursuant to Federal Rule of Appellate Procedure 42(b), Petitioner USTelecom hereby moves the Court for an order dismissing the above-captioned petition for review. The Court has held this case in abeyance since January 14, 2016, pending further administrative proceedings with respect to a petition for reconsideration by the Federal Communications Commission that CTIA — The Wireless Association filed on August 13, 2015. The Commission has not yet acted on CTIA's petition. USTelecom is no longer interested in pursuing the appeal of the Commission's Order.[1] USTelecom is authorized to state that Respondents the

---

[1] Second Further Notice of Proposed Rulemaking, Order on Reconsideration, Second Report and Order, and Memorandum Opinion and Order, *Lifeline and Link Up Reform and Modernization; Telecommunications Carriers Eligible for Universal Service Support; Connect America Fund*, 30 FCC Rcd 7818 (2015).

Federal Communications Commission and the United States do not oppose this motion. The parties have agreed that each side shall bear its own costs and fees.

                              Respectfully submitted,

                              */s/ Scott H. Angstreich*
                              SCOTT H. ANGSTREICH
                              KELLOGG, HANSEN, TODD,
                                FIGEL & FREDERICK, P.L.L.C.
                              1615 M Street, N.W., Suite 400
                              Washington, D.C. 20036
                              (202) 326-7900
                              sangstreich@kellogghansen.com

                              *Counsel for USTelecom*

February 20, 2024

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

This motion complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) this motion contains 169 words.

This motion has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in Times New Roman, 14-point font.

                                        /s/ *Scott H. Angstreich*
                                        Scott H. Angstreich

February 20, 2024

## CERTIFICATE OF SERVICE

I hereby certify that, on February 20, 2024, I caused the foregoing motion to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. I certify that counsel for all parties are registered ECF participants and that service will be accomplished by the CM/ECF system.

    */s/ Scott H. Angstreich*
    Scott H. Angstreich