# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 15-1322**                                                             **September Term, 2023**

FCC-15-71

**Filed On: March 4, 2024**

United States Telecom Association,

     Petitioner

     v.

Federal Communications Commission and
United States of America,

     Respondents

------------------------------

Media Action Grassroots Network and New
America Foundation's Open Technology
Institute,

     Intervenors

## O R D E R

Upon consideration of petitioner's unopposed motion for voluntary dismissal of the petition for review, it is

**ORDERED** that the motion be granted and this petition be dismissed.

The Clerk is directed to issue the mandate forthwith to the agency.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

                BY:    /s/
                        Laura M. Morgan
                        Deputy Clerk