IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| United States Telecom Association,   Petitioner, | ) ) ) |
| v. | ) ) No. 15-1322 |
| Federal Communications Commission and United States of America,   Respondents. | ) ) ) ) ) |

**STATUS REPORT**

Pursuant to the Court's order dated January 10, 2018, the Federal Communications Commission respectfully submits this status report. By order dated January 14, 2016, the Court granted the FCC's motion to hold this case in abeyance pending the resolution of CTIA's petition for partial reconsideration of the order on review in this case. The agency has not yet acted on CTIA's petition. We will inform the Court promptly when the FCC rules.

          Respectfully submitted,

          Jacob M. Lewis
          Deputy General Counsel

          /s/James M. Carr

          James M. Carr
          Counsel
          Federal Communications Commission
          Washington, D.C. 20554
          (202) 418-1740

January 17, 2023