IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| United States Telecom Association,<br>         Petitioner,<br><br>  v.<br><br>Federal Communications Commission<br> and United States of America,<br>         Respondents. | )<br>)<br>)<br>)  No. 15-1322<br>)<br>)<br>)<br>) |

**STATUS REPORT**

Pursuant to the Court's order dated January 10, 2018, the Federal Communications Commission respectfully submits this status report.  By order dated January 14, 2016, the Court granted the FCC's motion to hold this case in abeyance pending the resolution of CTIA's petition for partial reconsideration of the order on review in this case.  The agency has not yet acted on CTIA's petition.  We will inform the Court promptly when the FCC rules.

             Respectfully submitted,

             Jacob M. Lewis
             Deputy General Counsel

             /s/James M. Carr

             James M. Carr
             Counsel
             Federal Communications Commission
             Washington, D.C.  20554
             (202) 418-1740

April 17, 2023

## CERTIFICATE OF FILING AND SERVICE

I, James M. Carr, hereby certify that on April 17, 2023, I filed the foregoing Status Report with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the electronic CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

<u>s/ James M. Carr</u>

James M. Carr
Counsel
Federal Communications Commission
Washington, D.C. 20554
(202) 418-1740